## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARK STASEVICH | ) | CASE NO. 04-37942 |
| d/b/a  Kat-Mar, Inc. | ) | |
| | ) | JUDGE SQUIRES |
| DEBTOR. | ) | HEARING DATE: 10/13/06 |
| | ) | 9:30 AM |

## ORDER SETTING BAR DATE FOR THE FILING OF
## CHAPTER 11 DIP CLAIMS/REQUESTS FOR PAYMENT
## OF ADMINISTATIVE EXPENSES

**THIS CAUSE COMING TO BE HEARD** on the Motion of David R. Brown, Trustee,

to Set Bar Date For Chapter 11 Creditors, due notice having been given the Debtors' counsel, all

creditors named in Debtor's DIP Final Report, and the United States Trustee, now therefore, for

the reasons stated in Open Court, it is hereby

**ORDERED** that November 30, 2006 be, and it hereby is, set as the bar date for the filing

of Chapter 11 DIP claims/requests for payment of administrative expenses herein, and it is

further

**ORDERED** that Trustee be, and he hereby is, authorized and directed to send notice

thereof to the creditors set forth in Debtors' Amended Schedule F within one week of the entry

hereof.

Dated:

Entered:

_____
United States Bankruptcy Judge

David R. Brown
Atty. No. 3122323
Springer, Brown, Covey, Gaertner
        & Davis, LLC
400 S. County Farm Road
Wheaton, IL 60187
(630) 510-0000

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable ___John H. Squires___          Hearing Date: ___10/13/06___

Bankruptcy Case No. ___04-22555___          Adversary No. _____

Title of Cause: ___In re: Mark Stasevich___

1. Brief
Statement of
Motion

Trustee's Motion to Set Bar Date for the Filing of Chapter 11 DIP Claims/

Requests for payment of administrative expense.

Name and
address of
moving counsel

David R. Brown          400 South County Farm Road,

Wheaton, Illinois  60187

Representing          Trustee

### ORDER

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____