## TASKS PERFORMED BY TRUSTEE

**ASSET ANALYSIS AND RECOVERY:** Identification and review of potential assets, including causes of action and non-litigation recoveries. (9)

Trustee reviewed Debtor's schedules and the Chapter 11 docket. Trustee further conducted a meeting of creditors in the case, and had numerous conversations with counsel for the secured lender. Trustee concluded the sale of the business premises of Debtor's former restaurant/bar, along with the contents thereof. This entailed negotiations with the secured lender in order to obtain a release of the lien they held cross-collateralized with Debtor's residence. The estate received approximately $15,000 in proceeds from the sale of the residence.

**CASE ADMINISTRATION:** Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; US Trustee interim statements and operating reports; contacts with the US Trustee; general creditor inquiries. (12)

Trustee deposited all estate funds in appropriate interest-bearing accounts, maintained proper books and records, performed monthly bank account reconciliations, prepared semi-annual reports to the United States Trustee, and prepared this Final Report. Trustee maintained an appropriate bond for this estate. Trustee saw to the filing of a Chapter 11 DIP final report in this case and further reviewed same. Trustee further responded to various creditor inquiries as to the availability of funds for distribution and the status of the case. Trustee has yet to attend a final hearing on compensation and any continuance thereof, file a final distribution report, distribute estate funds, and prepare and file a Final Account and Form 4 Report.

**CLAIMS ADMINISTRATION AND OBJECTIONS:** Specific claim inquiries, bar date motions, analyses, objections and allowances of claims. (4)

Trustee reviewed the Court file and Claims Register to assure proper treatment of all claims asserted against this estate, and to properly record assignments of claims filed herein. Trustee arranged to have a bar date set for the filing of Chapter 11 DIP claims. Trustee further objected to the secured claim of Bank One, which claim was disallowed, and prevailed upon West Suburban Bank to amend it's secured claim upon liquidation of its collateral.

**EXHIBIT A**