IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| STASEVICH, MARK S | ) | CASE NO. 04-37942-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES
## TO ALAN D. LASKO & ASSOCIATES, P.C.

THIS MATTER COMING TO BE HEARD on the final requests of Alan D. Lasko & Associates, P.C., accountants for the trustee, for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the final requests of Alan D. Lasko & Associates, P.C., accountants for the trustee, for the allowance of fees and expenses are allowed as follows:

1.  Compensation                                    $1,559.10

2.  Expenses                                        $14.20

            TOTAL                                   $1,573.30

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2007.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

**Prepared by:**
David R. Brown
ARDC No. 3122323
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road
Suite 300
Wheaton, IL 60187