UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| STASEVICH, MARK S ) | CASE NO. 04-37942-JHS | |
| ) | | |
| Debtor(s). ) | Hon. John H. Squires | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   COURTROOM 2000
         DUPAGE COUNTY COURTHOURSE
         505 NORTH COUNTY FARM ROAD
         WHEATON, IL. 60187

   On: **November 9, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $290,212.24 |
   | Disbursements | $283,209.51 |
   | Net Cash Available for Distribution | $7,002.73 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | BROWN, DAVID R.<br>Trustee | $0.00 | $6,182.45 | $0.00 |
   | UNITED STATES TRUSTEE<br>U.S. Trustee Quarterly | $0.00 | $0.00 | $264.80 |
   | ALAN D. LASKO & ASSOCIATES, P.C.<br>Accountant for Trustee (Other Firm) | $0.00 | $550.47 | $5.01 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BROWN, DAVID R.<br>Trustee (Chapter 11) | $0.00 | $0.00 | $0.00 |
| KELLEHER & BUCKLEY, LLC<br>Attorney for D-I-P (Chapter 11) | $0.00 | $0.00 | $0.00 |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $154,488.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | American Express Travel Related Svc | 2,739.26 | 0.00 |
| 000008 | ComEd Company | 1,727.64 | 0.00 |
| 000004 | DISCOVER BANK | 1,998.59 | 0.00 |
| 000007 | WEST SUBURBAN BANK | 141,183.94 | 0.00 |
| 000002 | WEST SUBURBAN BANK | 4,112.09 | 0.00 |
| 000003 | WEST SUBURBAN BANK | 2,727.29 | 0.00 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor (has or has not) been discharged.

11.   The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **October 16, 2007**                                            For the Court,

                                                                By:   **KENNETH S. GARDNER**

        Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | DAVID R. BROWN |
| Address: | 400 SOUTH COUNTY FARM ROAD |
| | SUITE 330 |
| | WHEATON IL 60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1           Date Rcvd: Oct 16, 2007
Case: 04-37942                 Form ID: pdf002              Total Served: 19

The following entities were served by first class mail on Oct 18, 2007.
db          +Mark S Stasevich,   669 Matthew Lane,   Carol Stream, IL 60188-4403
aty         +Alan D Lasko,   Alan D Lasko & Associates Pc,   29 South Lasalle Street,   Chicago, IL 60603-1507
aty         +John H Redfield,   Kelleher & Buckley LLC,   102 S. Wynstone Park Drive,   Suite 100,
              North Barrington, IL 60010-6917
aty         +Michael J Davis,   Springer, Brown, Covey, Gaertner, &Davis,   400 S. County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty         +Springer, Brown, Covey, Gaertner & Davis LLC,   611 S Addison Road,   Addison, IL 60101-4648
tr          +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
8575580     +American Express,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
8661731      American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee, LLP,
              P.O. Box 3001,   Malvern, PA 19355-0701
8642079     +Bank One,   370 S Cleveland Ave, Ste 2047,   Westerville, OH 43081-8917
8575581     +Bank One,   PO Box 15153,   Wilmington, DE 19886-5153
8575582     +Capital One,   PO Box 6000,   Seattle, WA 98190-0001
8575583     +Chase Mortgage,   PO Box 78240,   Phoenix, AZ 85062-8240
8575584     +Chicago Fire & Burglar,   636 Roosevelt,   Glen Ellen, IL 60137-5874
8575586     +Illinois Department of Revenue,   100 W. Randolph Street,   Chicago, IL 60601-3253
8643933     +West Suburban Bank,   Gina B Krol / Cohen & Krol,   105 W Madison St Ste 1100,
              Chicago, IL 60602-4600
8575587     +West Suburban Bank,   701 S. Westmore,   Lombard, IL 60148-3712
The following entities were served by electronic transmission on Oct 17, 2007.
10955212    +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           ComEd Company,
              Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
8658640      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04     Discover Bank,
              Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
8575585      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04     Discover Card,   PO Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Alan D Lasko & Associates
8915103      United States Trustee
aty*        +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty*        +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
                                                                                              TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**          **Signature:** _Joseph Speetjens_