UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Mark S. Stasevich, | ) | Case Number 04 B 37942 |
| | ) | |
| Debtor. | ) | Honorable John Squires |

**NOTICE OF FILING OF U.S. TRUSTEE'S MEMORANDUM
OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

To:  David Brown
Springer, Brown, Covey, Gaertner & Davis LLC
400 South County Farm Road, Suite 330
Wheaton, Il 60187
dbrown@springerbrown.com

Please take notice that on June 4, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 14, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

Dated:  June 4, 2008           BY   /s/ Dean Harvalis
Assistant United States Trustee
Attorney Id.#03126564
Office of the U.S. Trustee
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606
(312) 886-5785

**CERTIFICATE OF SERVICE**

I, Dean Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on June 4, 2008.

/s  Dean Harvalis